ACCEPTED
03-14-00430-CV
5660261
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 2:51:41 PM
JEFFREY D. KYLE
CLERK

# Blumberg & Bagley, L.L.P.

## Attorneys

2304 West Interstate 20, Suite 190
Arlington, Texas 76017
www.blumbergbagley.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 2:51:41 PM
JEFFREY D. KYLE
Clerk

**Peter F. Bagley**
Board Certified, Consumer and Commercial Law, Texas Board of Legal Specialization
Fellow, College of the State Bar of Texas

(817) 277-1500
Facsimile (817) 277-1170

June 12, 2015

Clerk,
Third Court Of Appeals
P. O. Box 12547
Austin, Texas   78711

   Re:  03-14-00430-CV;
       Alexander Fedorov v. Cecilia Cavuto

Dear Clerk:

   Please take notice that I will be on vacation from Wednesday, August 12, 2015 through Monday, August 17; and from Thursday, December 10, 2015 through Wednesday, December 23, 2015. By copy of this letter, I am notifying all other counsel of the same and requesting that no matters be scheduled or set during those time periods.

   If you have any questions about this, please do not hesitate to contact me at the address or telephone numbers set above.

           Yours sincerely,

           /s/ Peter F. Bagley

           Peter F. Bagley

PFB/jmp

cc: Alexander Fedorov

cc: Mr. Jimmy Vaught
   VAUGHT LAW FIRM, P.C.
   5929 Balcones Drive, Ste. 201
   Austin, Texas 78731